

FILED IN CHAMBERS
U.S.D.C. Atlanta

NOV 0 5 2013

JAMES N. HATTEN, Clerk
By: ___ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALYN FRANCIS WAMBEKE | Criminal Indictment<br><br>No. **1 13-CR-439** |

THE GRAND JURY CHARGES THAT:

### Count One

Beginning on a date unknown to the Grand Jury, but at least by July 30, 2013, in the Northern District of Georgia, the defendant, ALYN FRANCIS WAMBEKE, knowingly distributed one or more visual depictions of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depictions having been (a) produced using minors engaging in sexually explicit conduct, and (b) shipped and transported in interstate and foreign commerce, by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b).

## Count Two

Beginning on a date unknown to the Grand Jury, but at least by July 30, 2013, in the Northern District of Georgia, the defendant, ALYN FRANCIS WAMBEKE, knowingly received one or more visual depictions of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depictions having been (a) produced using minors engaging in sexually explicit conduct, and (b) shipped and transported in interstate and foreign commerce, by an means, including by computer, all in violation of Title 18, United States Code, Section 2252(a)(2) and (b).

## Count Three

Beginning on a date unknown to the Grand Jury, but at least by July 30, 2013, in the Northern District of Georgia, the defendant, ALYN FRANCIS WAMBEKE, knowingly possessed a computer which contained one or more visual depictions of minors engaged in sexually explicit conduct, as defined in Title, 18, United States Code, Section 2256(2), said depictions (a) having been produced using minors engaged in sexually explicit conduct, (b) involving at least one prepubescent minor and at least one minor who had not attained 12 years of age, and (c) having been shipped and transported in interstate and foreign commerce,

by any means, including by computer, all in violation of Title 18, United States Code, Section 2252(a)(4)(B) and 2252(b)(2).

## Forfeiture

Upon conviction of one or more of the offenses alleged in Counts One, Two, and Three of this Indictment, the defendant, ALYN FRANCIS WAMBEKE, shall forfeit to the United States pursuant to Title 18, United States Code, Sections 2253(a)(2) and (3), any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, and any property, real or personal, used, or intended to be used to commit, or to promote the commission of such offense or any property traceable to such property.

If, as a result of any act or omission of the defendant, ALYN FRANCIS WAMBEKE, any property subject to forfeiture:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property or seek a money

judgment against said defendant for any amount that would constitute the gross profits or other proceeds of such violation.

A \_\_\_\_TRUE\_\_\_\_ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
*United States Attorney*

*BRENT ALAN GRAY*
*Assistant United States Attorney*
Georgia Bar No. 155089


600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181