IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:13-CR-439 (SCJ)(AJB) |
| | ) |
| ALYN WAMBEKE | ) |
| _____ | ) |

### SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

**[re: Search Warrant Executed at 222 Dennis Drive Alpharetta, Georgia 30009]**

COMES NOW the Defendant, ALYN WAMBEKE, by and through counsel, and files this second supplement in further support of his motion to suppress, (Doc. 47). In his previous pleadings relating to his motion to suppress, Mr. Wambeke has challenged several things including the warrant affidavit's lack of particularity, (Doc.60-4,5), as well as the affidavit's failure to contain facts sufficient to establish probable cause. (Doc.47-4,17-18; Doc. 60-2,5).

In an abundance of caution and in light of the Court's Order dated March 9, 2015, (Doc. 61), Mr. Wambeke hereby clarifies and specifies as follows:

*Given the search warrant affidavit failed to define or describe child pornography, the affidavit was legally insufficient to establish probable cause.*

Throughout the affidavit, including but not limited to paragraphs 5-13,[1] Agent Westhall reported seeing images of "child pornography" which he alleged to be attributed or connected to Mr. Wambeke.  Agent Westhall also reported that others told him of images and videos of "child pornography" which they received from or suspected to be connected to Mr. Wambeke.   However, at no place in the affidavit did Agent Westhall provide a definition or description of this alleged "child pornography."  Furthermore, Agent Westhall never described the images he reviewed or included the images or videos for review by the issuing magistrate judge.

Mr. Wambeke submits an affidavit which generically describes images as "child pornography," without more, fails to constitute probable cause. *See United States v. Pavulak*, 700 F.3d 651, 661 (3d Cir. 2012) (holding that "[t]he label 'child pornography,' without more, does not present any facts from which the magistrate [judge] could discern a 'fair probability' that what is depicted in the images meets the statutory definition of child pornography and complies with constitutional limits."); *United States v. Battershell*, 457 F.3d 1048, 1051 (9th Cir. 2006) (noting that a conclusory statement is insufficient when it is necessarily based on a subjective determination); *United States v. Brunette* 256 F.3d 14, 17-19

---

[1] Filed in this record as "Exhibit B" to Defendant's motion to suppress, (Doc. 47-2).

(1st Cir. 2001) (holding that subjective assertion in warrant affidavit that the images depicted "a prepubescent boy lasciviously displaying his genitals" insufficient to establish probable cause); *United States v. Genin*, 594 F. Supp. 2d 412, 423-24 (S.D.N.Y. 2009) (finding no probable cause for warrant where affidavit contained only a conclusory statement that videos contained child pornography).

As shall be discussed further at oral argument before this Court on April 30, 2015, this warrant cannot be saved by the Leon[2] "good faith" exception. Here, the affidavit supporting the warrant was so lacking in indicia of probable cause as to render official belief in its existence entirely unreasonable. *See United States v. Robinson*, 336 F. 3d 1293, 1296 (11th Cir. 2003).

WHEREBY, for the reasons put forth above, as well as in Documents 47, 52 and 60, Mr. Wambeke asks that the items seized from his residence be

---

[2]*United States v. Leon*, 468 U.S. 897, 104 S. Ct. 3405, 82 L. Ed. 2d 677 (1984).

SUPPRESSED.

Dated:  This 27th day of April, 2015.

Respectfully submitted,

**s/ *L. Burton Finlayson***
L. BURTON FINLAYSON
Attorney for ALYN WAMBEKE
Georgia Bar Number: 261460

LAW OFFICES OF
L. BURTON FINLAYSON
ATTORNEY AT LAW
931 Ponce de Leon Avenue, NE
Atlanta, Georgia 30306
(404) 872-0560
lbfcourts@aol.com

4

# CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing Second Supplemental Brief using the CM/ECF system which will automatically send email notifications of such filing upon all counsel of record including the following:

>Mr. Brent Allen Gray
>Assistant United States Attorney
>600 Richard B. Russell Building
>75 Spring Street, S. W.
>Atlanta, Georgia  30303

DATED:  This 27th day of April, 2015.

s/ *L. Burton Finlayson*

L. BURTON FINLAYSON
ATTORNEY FOR ALYN WAMBEKE
State Bar Number: 261460