IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:13-CR-439 (SCJ)(AJB) |
| ) | |
| ALYN WAMBEKE. ) | |
| _____ ) | |

## MOTION TO FILE SENTENCING MEMO UNDER SEAL

COMES NOW the Defendant, ALYN WAMBEKE, by and through counsel, given the personal nature of the documents and reports contained therein, and requests leave to file his Sentencing Memo and eight (8) exhibits UNDER SEAL.

Dated: This 11th day of May, 2016.

Respectfully submitted,

**s/ *L. Burton Finlayson***
L. BURTON FINLAYSON
Attorney for ALYN WAMBEKE
Georgia Bar Number: 261460

LAW OFFICES OF
L. BURTON FINLAYSON
ATTORNEY AT LAW
931 Ponce de Leon Avenue, NE
Atlanta, Georgia 30306
(404) 872-0560
lbfcourts@aol.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing NOTICE with the Clerk of Court using the CM/ECF system which will automatically send email notifications of such filing upon all counsel of record including the AUSA below listed.

> Mr. Brent Gray
> Assistant United States Attorney
> 600 Richard B. Russell Building
> 75 Spring Street, S. W.
> Atlanta, Georgia  30303

DATED:  This 11th day of May, 2016.


s/ *L. Burton Finlayson*

L. BURTON FINLAYSON
ATTORNEY FOR ALYN WAMBEKE
State Bar Number: 261460